UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Joyce Reshke,

    Plaintiff,

v.                                                              CASE NO: 8:04-cv-2035-T-23MAP

GUARANTEE TRUST LIFE INSURANCE
COMPANY,

    Defendant.
_____/

**ORDER**

Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), an August 2, 2005, order (Doc. 27) referred the defendant's motion for summary judgment (Doc. 21) to the United States Magistrate Judge for a report and recommendation. Following the Magistrate Judge's October 12, 2005, report and recommendation (Doc. 31), the defendant filed objections (Doc. 37) and the plaintiff responded to the objections (Doc. 39).

A *de novo* determination of those portions of the report and recommendation to which the defendant objects reveals that the defendant's objections are either unfounded or otherwise require no different resolution of the defendant's motion for summary judgment. Accordingly, the defendant's objections (Doc. 37) are **OVERRULED**, and the Magistrate Judge's report and recommendation (Doc. 31) is **ADOPTED**. The defendant's motion for summary judgment (Doc. 21) is **DENIED**.

ORDERED in Tampa, Florida, on November 15, 2005.

                                                                                     STEVEN D. MERRYDAY
                                                                     UNITED STATES DISTRICT JUDGE

cc:     US Magistrate Judge
          Courtroom Deputy